en junio 25, 1914.   Denegada la solicitud.   Abogados del peticionario: *Sres. Travieso & Iriarte.*

No. 127. MARTÍNEZ, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla en un caso sobre otorgamiento de escritura.   Resuelto en junio 27, 1914.   Desestimada la solicitud por el fundamento de la opinión emitida en el caso de *Martínez* v. *Soto Nussa, Juez de Distrito,* 20 D. P. R., 359.   El peticionario compareció en nombre propio.   El demandado no compareció.

Nos. 690, 697 y 701. EL PUEBLO, DEMANDANTE Y APELADO, *v.* CERECEDO, ACUSADO Y APELANTE.—Apelaciones procedentes de la Corte de Distrito de San Juan, Sección 2ª., en causas por lotería.   Moción del apelante desistiendo de la apelación.   Resueltos en julio 6, 1914.   Se tiene al apelante por desistido de dichas apelaciones.   Abogado del Pueblo: *Sr. Charles E. Foote, fiscal.*   Abogados del apelante: *Sres. Jacinto Texidor* y *Travieso & Iriarte.*

No. 1176. BANCO DE PUERTO RICO, DEMANDANTE Y APELADO, *v.* EREÑO ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de dinero con intereses, costas y honorarios de abogado.   Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos.   Resuelto en julio 20, 1914.   Desestimada la apelación.   Abogado del apelado: *Sr. Antonio Sarmiento.* Los apelantes no comparecieron.

No. 699. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PALÉS, ACUSADO Y APELANTE.—Apelación procedente de la Corte de